FILED

02/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0395

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0395

_____

L.B. individually and on behalf of D.B., a Minor,

      Plaintiff and Appellant,

    v.

UNITED STATES OF AMERICA; BUREAU OF
INDIAN AFFAIRS; DANA BULLCOMING,
agent of the Bureau of Indian Affairs sued in his
individual capacity,

      Defendants and Appellees.

                          O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Friday, April 15, 2022, at 10:00 a.m. at the George Dennison Theatre at the University of Montana in Missoula, Montana, with an introduction to the oral argument beginning at 9:30 a.m.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellant and thirty (30) minutes for the Appellees.

The Court will not entertain any motions to reschedule.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record, to Acting Dean Cathay Y. N. Smith, Alexander Blewett III School of Law, University of Montana, to Andi Armstrong, Director of Marketing and Communication, Alexander Blewett III School of Law, University of Montana, to Professor Anthony Johnstone, Alexander Blewett III School of Law, University of Montana, to John Mudd, Executive Director of the State Bar of Montana, and to the Honorable Danny J. Boggs, the Honorable Marsha S. Berzon, and the Honorable Mary H. Murguia, Circuit Judges.

                        Electronically signed by:
                        Mike McGrath
            Chief Justice, Montana Supreme Court
                        February 2 2022